```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          JACKSON DIVISION


TERRY S. BYNUM, INDIVIDUALLY, AND
ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF BENJAMIN G. BYNUM, JR.,
DECEASED, AND THE ESTATE OF BENJAMIN
G. BYNUM, JR., DECEASED                              PLAINTIFFS


VS.                            CIVIL ACTION NO. 3:06cv639 TSL-JCS


CITY OF MAGEE, MISSISSIPPI,
SIMPSON COUNTY, MISSISSIPPI,
LANE STEEL, BOBBY J. WILLIAMS,
AND JOHN DOES I-X                                    DEFENDANTS
```

## JUDGMENT

In accordance with the court's opinions entered in this cause August 20, 2007 and this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 31st day of October, 2008.

                                                      /s/Tom S. Lee
                                          UNITED STATES DISTRICT JUDGE